**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-03015-MEH

GONZALO RODRIGUEZ-DIAZ,
JORGE QUINOINES,
HELADIO OLIVIOCORTES,
RAMIRO MENDOZA,
OSCAR MENDOZA,
JOSE MENDOZA,
RIGOBERTO AYALA, and
IGNACIO MENDOZA, on their behalf and on the behalf of those similarly situated,

      Plaintiffs,

v.

GALLEGOS MASONRY INC., d/b/a Gallegos Corporation,

      Defendant.

---

**FINAL JUDGMENT**

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order (Doc. 26, filed April 5, 13) entered by Magistrate Judge Michael E. Hegarty, incorporated herein by reference, it is

      ORDERED that Defendant's Amended Motion that Dismissal Be With Prejudice, for an Award of Attorney Fees, and for Further Relief [filed April 2, 2013; docket #24] is **GRANTED IN PART** and **DENIED IN PART.**  It is

      FURTHER ORDERED that Defendant's Motion to Dismiss and for Partial Summary Judgment [filed December 4, 2013; docket #9] is **DENIED AS MOOT.**  It is

      FURTHER ORDERED that Plaintiffs' counsel shall pay Defendant's attorney's fees and costs in the amount of $240.00 on or before **April 24, 2013.**  It is

FURTHER ORDERED that this action shall be **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that judgment is entered in favor of Defendant Gallegos Masonry Inc., d/b/a Gallegos Corporation; and against Plaintiffs, Gonzalo Rodriguez-Diaz, Jorge Quinoines, Heladio Oliviocortes, Ramiro Mendoza, Oscar Mendoza, Jose Mendoza, Rigoberto Ayala, and Ognacio Mendoza.

Dated at Denver, Colorado this  5th  day of April, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk

2