IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03015-MEH

GONZALO RODRIGUEZ-DIAZ,
JORGE QUINOINES,
HELADIO OLIVIOCORTES,
RAMIRO MENDOZA,
OSCAR MENDOZA,
JOSE MENDOZA,
RIGOBERTO AYALA, nd
OGNACIO MENDOZA, on their behalf and on the behalf of those similarly situated,

    Plaintiffs,

v.

GALLEGOS MASONRY INC., d/b/a Gallegos Corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2013.**

    Defendant's Motion to Amend Final Judgment [filed April 10, 2013; docket #28] is **denied**. The Court sees, and Defendant provides, no concrete reason why the Final Judgment entered by the Clerk of the Court must reflect the Court's prior order that Plaintiffs' counsel serve a copy of the Court's April 5, 2013 Order Dismissing Case Without Prejudice on his clients. All aspects of the Court's April 5, 2013 Order remain in effect. *See* docket #26.